THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLAUDE ELLIS, Defendant-Appellant.

(No. 61383; 

First District (1st Division)—August 4, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner, Assistant Public Defender, of counsel), for appellant.

No brief filed for the People.